# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2905
L.T. Case No. 2024-13158-CIDL

_____

RODNEY MCCUTCHEON,

 Appellant,

 v.

CHRISTOPHER LANE,

 Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Michael Scott Orfinger, Judge.

Rodney McCutcheon, Daytona Beach, pro se.

No Appearance for Appellee.

February 10, 2026

PER CURIAM.

 AFFIRMED.

WALLIS, SOUD, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____